Natalie P. Vance, Bar No. 206708
Gregory T. Fayard, Bar No. 212930
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
nvance@klinedinstlaw.com
gfayard@klinedinstlaw.com

Daniel P. Struck, Bar No. 012377
*(Admitted Pro Hac Vice)*
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1600/FAX (480) 420-1696
dstruck@swlfirm.com

Attorneys for Defendant
TRANSCOR AMERICA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN CEDILLO, TERRY HOUSTON, JUSTIN WRIGHT, CRAIG ARNO, ALONZO CLEAVES, JOHN GREENEMEIER, JOHN ROUSSEL, LEONARD HUGALL, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSCOR AMERICA, LLC, and DOES 1 through 100,<br><br>Defendants. | Case No. CV 13-1580 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**JUDGE: HON. SUSAN ILLSTON** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to the above-entitled action hereby stipulate to continue the August 30, 2013, 2:30 pm Case Management Conference until October 11, 2013 at 2:30 pm. This proposed continuance will not affect any other event or date fixed by the Court.

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

DATED: August 9, 2013

                                    /s/ - "Andrew Schwartz"
                                    Andrew Schwartz, Esq.
                                    Attorney for Plaintiffs

DATED: August 9, 2013

                                    */s/* - "Daniel Struck"
                                    Daniel Struck, Esq.
                                    Attorney for Defendant

Pursuant to stipulation, it is so ORDERED.

    8/13/13         _____
                            Hon. Susan Illston
                            Senior District Judge, Northern District of California
                            United States District Court